# United States Court of Appeals for the Federal Circuit

---

**AMS-OSRAM USA INC., FKA AMS SENSORS USA, INC., FKA TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC.**
*Plaintiff-Cross-Appellant*

**v.**

**RENESAS ELECTRONICS AMERICA, INC., FKA INTERSIL CORPORATION,**
*Defendant-Appellant*

---

2022-2185, 2022-2186

---

Appeals from the United States District Court for the Eastern District of Texas in No. 4:08-cv-00451-ALM, Judge Amos L. Mazzant, III.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**REVERSED IN PART, AFFIRMED IN PART, VACATED IN PART, AND REMANDED**

FOR THE COURT

April 4, 2025
Date

Jarrett B. Perlow
Clerk of Court