# United States Court of Appeals for the Federal Circuit

April 22, 2025

**ERRATA**

Appeal Nos. 2022-2185, 2022-2186

**AMS-OSRAM USA INC., FKA AMS SENSORS USA, INC., FKA TEXAS ADVANCED OPTOELECTRONIC SOLUTIONS, INC.**
*Plaintiff-Cross-Appellant*

**v.**

**RENESAS ELECTRONICS AMERICA, INC., FKA INTERSIL CORPORATION,**
*Defendant-Appellant*

Decided: April 4, 2025
Precedential Opinion

Please make the following changes:

On page 29, line 7, change “December 14, 2021” to “March 7, 2022”

On page 31, line 15, change “December 14, 2021” to “March 7, 2022”